**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NORTH CORNWALL TOWNSHIP,         :   No. 11 MM 2024

          Respondent         :

                         :

              v.               :

                         :

GEORGE D. KONEVITCH AND      :
MARGARET M. KONEVITCH,       :

          Petitioners        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the "Application to Exceed Word Count Limits and/or Page Count" is DENIED. Petitioners are ALLOTTED 15 days to file a perfected Petition for Allowance of Appeal.

    No extensions will be granted, absent exceptional circumstances.